# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNI GONZALES (*aka* Sharon Gonzales)<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*,<br><br>Defendants. | Case No.  1:19-cv-01467-AWI-BAM (PC)<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE WRITTEN NOTICE IDENTIFYING DEFENDANTS DOES 1–50 FOR SERVICE OF PROCESS<br><br>**NINETY (90) DAY DEADLINE** |

Plaintiff Giovanni Gonzales, aka Sharon Gonzales ("Plaintiff"), is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 16, 2020, the assigned District Judge ordered that this action shall proceed on Plaintiff's first amended complaint against Defendants Diaz, Song, Mitchell, and DOES 1–50 in their official capacities for purposes of injunctive relief, for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment, and for discrimination based on Plaintiff's transgender status under the Fourteenth Amendment's Equal Protection Clause.  (ECF No. 15.)  By separate order, the Court has directed service on Defendants Diaz, Song, and Mitchell.

At this time, the Court does not find service appropriate for Defendants DOES 1–50 because the U.S. Marshal cannot serve a Doe Defendant.  Therefore, before the Court orders the

U.S. Marshal to serve Defendants DOES 1–50, Plaintiff will be required to identify them with enough information to locate the defendants for service of process. Once Plaintiff identifies Defendants DOES 1–50 for service, he should file a motion to substitute the identity of Defendants DOES 1–50 in the complaint. If the motion is granted, the Court will direct the U.S. Marshal to serve Defendants DOES 1–50. However, if Plaintiff fails to identify any of Defendants DOES 1–50, then the unidentified defendants will be dismissed from this action.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within **ninety (90) days** from the date of service of this order, Plaintiff SHALL file a motion to substitute the identities of Defendants DOES 1–50 that provides the Court with enough information to locate them for service of process;
2. Alternatively, if Plaintiff does not wish to pursue claims against DOES 1-50, Plaintiff may file a notice of dismissal of DOES 1-50; and
3. **The failure to comply with this order will result in dismissal of any of the unidentified defendants from this action, without prejudice, for failure to serve with process pursuant to Federal Rule of Civil Procedure 4(m)**.

IT IS SO ORDERED.

Dated:   **December 17, 2020**        /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE