# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNI GONZALES (aka Sharon Gonzales),<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*,<br><br>Defendants. | Case No. 1:19-cv-01467-AWI-BAM (PC)<br><br>ORDER GRANTING REQUEST FOR ONE-DAY EXTENSION OF TIME *NUNC PRO TUNC*<br><br>(ECF No. 34)<br><br>ORDER RESETTING DEADLINE FOR FILING OF STATUS REPORT<br><br>**Status Report Due: October 1, 2022** |

Plaintiff Giovanni Gonzales, aka Sharon Gonzales, ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants Diaz, Song, Mitchell, and Does 1–50 in their official capacities for purposes of injunctive relief, for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment, and for discrimination based on Plaintiff's transgender status under the Fourteenth Amendment's Equal Protection Clause.

On November 1, 2021, the Court stayed this action, including all pending motions, pending completion of Plaintiff's gender affirming surgery. (ECF No. 32.) Defendants were directed to file a status report within ninety (90) days from the date of service of that order, and every ninety (90) days thereafter, addressing the status of Plaintiff's surgery. (*Id.*)

///

Defendants filed their first status report on January 31, 2022, indicating that Plaintiff had been seen for an initial consultation with a surgeon on November 23, 2021, and completion of the surgery remained pending. (ECF No. 33.) Defendants' second status report was therefore due on or before May 2, 2022.

On May 3, 2022, Defendants filed a second status report and *nunc pro tunc* request for one-day extension of time. (ECF No. 34.) Defendants indicate that, according to information provided by the California Department of Corrections and Rehabilitation, Plaintiff's surgery is still pending completion, and is currently scheduled for September 2022. Defendants further request a one-day extension of time *nunc pro tunc* to file their status report, due to counsel's inadvertence in overlooking this deadline. (*Id.*)

Based on the prompt filing of Defendants' status report, the Court will grant the request for extension of time. Further, in light of the September 2022 scheduling of Plaintiff's surgery, the Court finds it appropriate to extend the deadline for filing Defendants' third status report to **October 1, 2022**, and every **thirty (30) days** thereafter.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' *nunc pro tunc* request for one-day extension of time to file a status report, (ECF No. 34), is GRANTED;
2. Defendants are directed to file a third status report on or before **October 1, 2022**, and every **thirty (30) days** thereafter; and
3. This action remains stayed.

IT IS SO ORDERED.

Dated:   **May 4, 2022**          /s/ *Barbara A. McAuliffe*          
                             UNITED STATES MAGISTRATE JUDGE