# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNI GONZALES (aka Sharon Gonzales),<br><br>    Plaintiff,<br><br> v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*,<br><br>    Defendants. | Case No.  1:19-cv-01467-AWI-BAM (PC)<br><br>ORDER DIRECTING PARTIES TO MEET AND CONFER AND FILE JOINT STATUS REPORT OR STIPULATION FOR VOLUNTARY DISMISSAL<br><br>(ECF No. 36)<br><br>**THIRTY (30) DAY DEADLINE** |

  Plaintiff Giovanni Gonzales, aka Sharon Gonzales, ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants Diaz, Song, Mitchell, and Does 1–50 in their official capacities for purposes of injunctive relief, for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment, and for discrimination based on Plaintiff's transgender status under the Fourteenth Amendment's Equal Protection Clause.

  On March 1, 2021, Defendants filed a motion to dismiss this action as moot. (ECF No. 23.) Defendants argued that since filing this lawsuit, Plaintiff was approved for gender affirming
///

surgery ("GAS"),[1] thereby mooting Plaintiff's claim for relief for that surgery and Plaintiff's request for declaratory relief regarding CDCR's GAS policies.  (*Id.*)

The Court directed the parties to file written responses regarding whether this action should be stayed pending completion of Plaintiff's surgery.  (ECF No. 29.)  The parties filed their responses on October 22, 2021, (ECF No. 30), and October 28, 2021, (ECF No. 31).  Based on the apparent agreement of the parties, and the fact that completion of Plaintiff's GAS may moot the remaining claims in this action, the Court stayed further proceedings and directed Defendants to file regular status reports as to the status of Plaintiff's surgery.  (ECF No. 32.)  Alternatively, the Court noted that the parties could file a stipulation for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) at any time.  (*Id.*)

On October 3, 2022, Defendants filed a third status report, indicating that Plaintiff's GAS was completed on September 2, 2022.  (ECF No. 36.)  Defendants attached a portion of Plaintiff's medical records confirming the same.  (ECF No. 36-1.)

As it appears Plaintiff's claims for injunctive and declaratory relief may now be moot, but there is no indication that the parties have discussed possible settlement of this case, the Court finds it appropriate to direct the parties to meet and confer, either in person or by telephone or video.  The parties shall file a joint status report indicating whether some or all of the claims in this action have been resolved due to completion of Plaintiff's GAS.  <u>Electronic signatures are acceptable on any joint status report; a wet signature is not required</u>.  Alternatively, the parties may file a stipulation for voluntary dismissal of this action.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The parties shall meet and confer regarding which claims, if any, remain in this action;
2. Within **thirty (30) days** from the date of service of this order, the parties shall file **either**:
    a. A joint status report indicating whether some or all of the claims in this action have been resolved due to completion of Plaintiff's GAS; **or**

---

[1] In 2018, when CDCR revised its Supplement to the Gender Dysphoria Care Guide, CDCR replaced the term "sex reassignment surgery (SRS)" with "gender affirming surgery (GAS)." Defendants have used GAS, while Plaintiff uses SRS in his filings.  The terms may be used interchangeably.

      b.  A stipulation for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

3. This action remains stayed.

IT IS SO ORDERED.

Dated: **October 4, 2022**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE