# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNI GONZALES (aka Sharon Gonzales), | Case No. 1:19-cv-01467-AWI-BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING |
| v. | (ECF No. 40) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*, | ORDER DENYING RENEWED REQUEST FOR APPOINTMENT OF COUNSEL |
| Defendants. | (ECF No. 41) |

Plaintiff Giovanni Gonzales, aka Sharon Gonzales, ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants Diaz, Song, Mitchell, and Does 1–50 in their official capacities for purposes of injunctive relief, for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment, and for discrimination based on Plaintiff's transgender status under the Fourteenth Amendment's Equal Protection Clause.

On November 14, 2022, the assigned Magistrate Judge issued findings and recommendations recommending that Plaintiff's motion for a preliminary injunction to grant Plaintiff law library access be denied. (ECF No. 40.) The findings and recommendations were

served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3.)

Plaintiff filed objections on December 1, 2022. (ECF No. 41.) Plaintiff's objections express disagreement with the Magistrate Judge's denial of the motion for preliminary junction, as well as the prior denial of the request for appointment of counsel. Plaintiff again seeks appointment of counsel if the Court denies the motion for preliminary injunction. (*Id.*)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections and renewed motion for appointment of counsel, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis. In addition, Plaintiff's motion for appointment of counsel is denied, without prejudice, for the reasons articulated in the Magistrate Judge's March 9, 2021 order. (ECF No. 26.)

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on November 14, 2022, (ECF No. 40), are adopted in full;
2. Plaintiff's motion for preliminary injunction, (ECF No. 28), is denied;
3. Plaintiff's renewed request for appointment of counsel, (ECF No. 41), is denied; and
4. The matter is referred back to the assigned Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: January 12, 2023

SENIOR DISTRICT JUDGE

2